UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH OLIVER BROWN,<br>           Plaintiff,<br>v.<br><br>BREITLING, U.S.A., INC. and<br>BREITLING S.A.,<br>           Defendants. | : Civil Action No. 3:02CV1485 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 2, 2003 |

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the above captioned case hereby stipulate that the action shall be dismissed with prejudice and without costs to any party.

THE PLAINTIFF,
KEITH OLIVER BROWN

By: _____
David B. Zabel, Esq., Fed. Bar #ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
Email: dzabel@cohenandwolf.com

THE DEFENDANTS,
BREITLING U.S.A., INC. AND
BREITLING S.A.

By _____
Conrad S. Kee, Esq., Fed. Bar #ct16904
Jackson Lewis LLP
177 Broad Street
P. O. Box 251
Stamford, CT 06904-0251
Tele: (203) 961-0404
Fax: (203) 324-4704
Email: Keec@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that on the date hereof [5 DEC 03], a copy of the foregoing was sent via U.S. mail, postage prepaid, to the following counsel of record:

David B. Zabel, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601

_____
C. Shawn Kee

2