UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Keith Brown

V.                           Case Number:  3:02cv1485 CFD

Breitling USA, et al

**Stipulation for Dismissal**

Doc. # **17**

**ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, December 9, 2003.

KEVIN F. ROWE, CLERK

By: __/s/ JRB_____
    Jane R. Bauer
    Deputy Clerk